## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| KATHLEEN BRIGGETTE, | ) |
| | ) |
| Plaintiff, | ) |
| v. | )  No.  2:13-cv-301-GZS |
| | ) |
| CAROLYN W. COLVIN, Acting | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant | ) |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (ECF No. 23) filed June 29, 2014, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that the decision of the Commissioner is **AFFIRMED**.

　/s/ George Z. Singal　　
United States District Judge

Dated this 17th day of July, 2014.